RAYMOND BRADLEY, Respondent, v. WALTER BLOUNT et al., Defendants, and ROCHESTER TRANSIT CORPORATION, Defendant-Appellant.-

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.